# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| KIRSTEN MESSMER<br>*Plaintiff*<br>v.<br>DONNIE HARRISON, ET AL.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 4:15-cv-00042-BR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: 03/11/2015

/s/Camden R. Webb
*Attorney's signature*

Camden R. Webb (NC Bar No.22734)
*Printed name and bar number*

Williams Mullen
301 Fayetteville Street, Suite 1700
Raleigh NC 27601
*Address*

crwebb@williamsmullen.com
*E-mail address*

(919) 981-4000
*Telephone number*

(919) 981-4300
*FAX number*