IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CV-42-BR

| KIRSTEN MESSMER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| SHERIFF DONNIE HARRISON, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

At the direction of the Court, and for the continued efficient administration of justice, the above captioned case is re-designated a Western Division case. The Honorable W. Earl Britt, Senior United States District Judge, will continue as presider. **All future filings should reflect the new case number of 5:15-CV-97-BR**. No further filing should be made in 4:15-CV-42-BR.

This 11th day of March, 2015.

/s/Julie Richards Johnston
CLERK OF COURT