IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-97-BR

KIRSTEN MESSMER,

    Plaintiff,

v.

SHERIFF DONNIE HARRISON, et al.,

    Defendants.

**REASSIGNMENT ORDER**

At the direction of the Court, and for the continued efficient administration of justice, the above captioned case is reassigned to the Honorable Terrence W. Boyle, United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 5:15-CV-97-BO.**

This 13th day of March, 2015.

*/s/ Julie Richards Johnston*
JULIE RICHARDS JOHNSTON
CLERK OF COURT