IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:15-cv-00097-BR

| | |
|---|---|
| KIRSTEN MESSMER,<br>　　　Plaintiff<br><br>　v.<br><br>DONNIE HARRISON, in his Official capacity as Sheriff of Wake County, North Carolina, PAT MCCRORY, in his official capacity as Governor of North Carolina, ROY COOPER, in his official capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his official Capacity as Secretary of the North Carolina Department of Public Safety.<br>　　　Defendants | NOTICE OF APPEARANCE |

NOW COMES, Defendants Pat McCrory, Roy Cooper, and Frank L. Perry, by and through counsel, Hal F. Askins, Special Deputy Attorney General, and J. Joy Strickland, Assistant Attorney General, and shows the Court that:

The undersigned hereby gives notice that they are now the counsels of record for Defendants McCrory, Cooper, and Perry, in the above-captioned case. Please forward all future legal documents and correspondence in this contested case to the undersigned attorneys.

Respectfully submitted, this the 24th day of March, 2015.

        Roy Cooper
        ATTORNEY GENERAL

        */s/Hal F. Askins*
        Hal F. Askins
        Special Deputy Attorney General
        North Carolina Department of Justice
        P. O. Box 629
        Raleigh, North Carolina 27602-0629
        Telephone: (919) 716-6725
        Facsimile: (919) 716-6552
        Email: haskins@ncdoj.gov
        N.C. Bar No: 9681


        */s/ J. Joy Strickland*
        J. Joy Strickland
        Assistant Attorney General
        N.C. Department of Justice
        Post Office Box 629
        Raleigh, North Carolina 27602-0629
        Telephone: (919) 716-6725
        Facsimile: (91) 716-6552
        Email: jstrickland@ncdoj.gov
        State Bar No. 25695

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, and served a copy on the following by depositing same in the United States mail, postage prepared, addressed to:

Camden R. Webb, Esq.
Williams Mullen
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601
*Attorney for Plaintiff*

Donnie Harrison
Wake County Sheriff's Office
330 S. Salisbury Street
Raleigh, North Carolina 27602

This the 24th day of March, 2015.

*/s/ J. Joy Strickland*
J. Joy Strickland
Assistant Attorney General