AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **NORTH CAROLINA**

| | |
|---|---|
| **Kirsten Messmer**<br>V.<br>**Sheriff Donnie Harrison et al.** | **NOTICE**<br><br>CASE NUMBER: **5:15-CV-97-BO** |

**TYPE OF CASE:**

X  CIVIL          CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Terry Sanford Federal Building**<br>**310 New Bern Ave.**<br>**Raleigh, NC** | 7th Floor - Courtroom 2 |
| | DATE AND TIME<br>4/16/2015 @ 2:00 p.m. |

TYPE OF PROCEEDING

### Motion for Preliminary Injunction

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

**Julie A. Richards, Clerk of Court**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*/s/ Linda Downing*

**3/25/2015**
DATE                                    (BY) DEPUTY CLERK

**TO:** **Judge Boyle' Chambers**
**Counsel of Record via CM/ECF**