IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-cv-00097-BO

| | |
|---|---|
| KIRSTEN MESSMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DONNIE HARRISON, in his Official Capacity ) | **AFFIDAVIT OF SERVICE** |
| as Sheriff of Wake County, North Carolina, ) | |
| PAT McCRORY, in his Official Capacity as ) | |
| Governor of North Carolina, ROY COOPER, in ) | |
| his Official Capacity as Attorney General of ) | |
| North Carolina, and FRANK L. PERRY, in his ) | |
| Official Capacity as Secretary of the North ) | |
| Carolina Department of Public Safety, ) | |
| ) | |
| Defendants. ) | |

Lisa M. Katz, being first duly sworn, deposes and says:

1. I am a citizen and resident of the State of North Carolina, am above the age of twenty-one (21) years, and am not subject to any legal disabilities. I make the following statements on my own personal knowledge. I am a paralegal for the law firm representing the plaintiff in this matter.

2. The Summons, Complaint, Motion for Preliminary Injunction and Memorandum in Support in the above-referenced civil action were deposited in Raleigh, North Carolina for mailing by certified mail, return receipt requested as authorized under 26 U.S.C. § 7502(c)(2) and N.C. Gen. Stat. § 1A-1, Rule 4, on March 12, 2015 addressed to the Defendant Roy Cooper, in his Official Capacity, at the Attorney General's Office, 9001 Mail Service Center, Raleigh, NC 27699.

3. The Summons, Complaint, Motion for Preliminary Injunction and Memorandum in Support were in fact received by **Defendant Roy Cooper, in his Official Capacity,** on March 16, 2015, as evidenced by the attached return receipt. A genuine copy of the return receipt is attached hereto as Exhibit A.

Further Affiant sayeth not.

This, the 27th day of March, 2015.

_Lisa M. Katz_
Lisa M. Katz

Sworn to and subscribed before me this the 27th day of March, 2015.

_Melissa T. Hill_
Notary Public

Melissa T. Hill
Printed

MELISSA T HILL
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 7-16-2019

My Commission expires:

7/16/2019
(Notarial stamp or seal)

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Hal F. Askins          haskins@ncdoj.com

Joy Strickland         jstrickland@ncdoj.gov

I also certify that the document entered by this Court was served upon all non-CM/ECF participants by mailing a copy to them at the addresses indicated below with the proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service in Raleigh, North Carolina, on the 27th day of March, 2015.

Donnie Harrison, in his official capacity as
Sheriff of Wake County
Wake County Sheriff's Office
330 S. Salisbury Street
Raleigh, NC 27602

                                      WILLIAMS MULLEN

                                      BY: /s/*Camden R. Webb*
                                      Camden R. Webb
                                      N.C. State Bar No. 22374
                                      crwebb@williamsmullen.com
                                      301 Fayetteville Street, Suite 1700
                                      Raleigh, NC 27601
                                      P.O. Box 1000
                                      Raleigh, NC 27602
                                      Telephone (919) 981-4000
                                      Facsimile (919) 981-4300
                                      *Attorneys for Plaintiff*