UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:15-CV-00097-BO

| | |
|---|---|
| KIRSTEN MESSMER,<br><br>         Plaintiff,<br><br>  v.<br><br>DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety,<br><br>         Defendant. | **NOTICE OF APPEARANCE** |

  J. Nicholas Ellis hereby gives notice of his appearance as counsel for Defendant Donnie Harrison in the above-captioned case, along with Andrew H. Erteschik of Poyner Spruill LLP. All pleadings, motions, notices, correspondence, and other papers relating to the above-named Defendant in this action should be sent to the attention of Mr. Ellis at the address below.

  Respectfully submitted the 27th day of March, 2015.

                **POYNER SPRUILL LLP**

          By: s/ J. Nicholas Ellis
             J. Nicholas Ellis
             N.C. State Bar No. 13484
             jnellis@poynerspruill.com
             P.O. Box 1801
             Raleigh, NC 27602-1801
             Telephone: 919.783.2907
             Facsimile: 919.783.1075
             ATTORNEYS FOR DEFENDANT
             DONNIE HARRISON

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

| | |
|---|---|
| Camden R. Webb<br>Williams Mullen<br>301 Fayetteville St., Suite 1700<br>P. O. Box 1000<br>Raleigh, NC  27601<br>*Attorney for Plaintiff* | Hal F. Askins<br>N.C. Dept. of Justice<br>9001 Mail Service Center<br>Raleigh, NC  27699-9001<br>*Attorney for Defendants Governor Pat McCrory, Attorney General Roy Cooper and Frank L. Perry* |

This the 27th day of March, 2015.

                                         **POYNER SPRUILL LLP**

                                         By:   <u>s/ J. Nicholas Ellis</u>
                                                  J. Nicholas Ellis
                                                  N.C. State Bar No. 13484
                                                  jnellis@poynerspruill.com
                                                  P.O. Box 1801
                                                  Raleigh, NC  27602-1801
                                                  Telephone: 919.783.2907
                                                  Facsimile:  919.783.1075
                                                  ATTORNEYS FOR DEFENDANT
                                                  DONNIE HARRISON