## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## DOCKET NO. 5:15-CV-00097-BO

KIRSTEN MESSMER,

                          Plaintiff,

      v.

DONNIE HARRISON, in his Official Capacity
as Sheriff of Wake County, North Carolina,
PAT McCRORY, in his Official Capacity as
Governor of North Carolina, ROY COOPER, in
his Official Capacity as Attorney General of
North Carolina, and FRANK L. PERRY, in his
Official Capacity as Secretary of the North
Carolina Department of Public Safety,

                         Defendant.

**NOTICE OF APPEARANCE**

       Andrew H. Erteschik hereby gives notice of his appearance as counsel for Defendant

Donnie Harrison in the above-captioned case, along with J. Nicholas Ellis of Poyner Spruill LLP.

All pleadings, motions, notices, correspondence, and other papers relating to the above-named

Defendant in this action should be sent to the attention of Mr. Erteschik at the address below.

       Respectfully submitted the 27th day of March, 2015.

                         **POYNER SPRUILL LLP**

                         By:   s/ Andrew H. Erteschik
                               Andrew H. Erteschik
                               N.C. State Bar No. 35269
                               aerteschik@poyners.com
                               P.O. Box 1801
                               Raleigh, NC  27602-1801
                               Telephone: 919.783.2895
                               Facsimile:  919.783.1075
                               ATTORNEYS FOR DEFENDANT
                               DONNIE HARRISON

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

Camden R. Webb
Williams Mullen
301 Fayetteville St., Suite 1700
P. O. Box 1000
Raleigh, NC 27601
*Attorney for Plaintiff*

Hal F. Askins
N.C. Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
*Attorney for Defendants Governor Pat McCrory, Attorney General Roy Cooper and Frank L. Perry*

This the 27th day of March, 2015.

**POYNER SPRUILL LLP**

By:   s/ Andrew H. Erteschik
       Andrew H. Erteschik
       N.C. State Bar No. 35269
       aerteschik@poyners.com
       P.O. Box 1801
       Raleigh, NC 27602-1801
       Telephone: 919.783.2895
       Facsimile: 919.783.1075
       ATTORNEYS FOR DEFENDANT
       DONNIE HARRISON