IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:15-CV-00097-BO

KIRSTEN MESSMER )
)
Plaintiff(s), )
)
vs )
)
DONNIE HARRISON, et al. )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

DONNIE HARRISON who is Defendant ,
(name of party)         (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ○    NO ●

2. Does party have any parent corporations?

    YES ○    NO ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
N/A.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ○    NO ●

If yes, identify all such owners:
N/A.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯        NO ⦿

If yes, identify entity and nature of interest:
N/A.

5. Is party a trade association?

    YES ◯        NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
N/A.

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
N/A.

Signature: s/ Andrew H. Erteschik

Date: 3/27/2015

# CERTIFICATE OF SERVICE

    I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

| | |
|---|---|
| Camden R. Webb | Hal F. Askins |
| Williams Mullen | N.C. Dept. of Justice |
| 301 Fayetteville St., Suite 1700 | 9001 Mail Service Center |
| P. O. Box 1000 | Raleigh, NC 27699-9001 |
| Raleigh, NC 27601 | *Attorney for Defendants Governor Pat* |
| *Attorney for Plaintiff* | *McCrory, Attorney General Roy* |
| | *Cooper and Frank L. Perry* |

This the 27th day of March, 2015.

**POYNER SPRUILL LLP**

By:   s/ Andrew H. Erteschik
        Andrew H. Erteschik
        N.C. State Bar No. 35269
        aerteschik@poyners.com
        P.O. Box 1801
        Raleigh, NC 27602-1801
        Telephone: 919.783.2895
        Facsimile: 919.783.1075
        ATTORNEYS FOR DEFENDANT
        DONNIE HARRISON