UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:15-CV-00097-BO

| | |
|---|---|
| KIRSTEN MESSMER,<br><br>         Plaintiff,<br><br>  v.<br><br>DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety,<br><br>         Defendants. | **DEFENDANT DONNIE HARRISON'S MOTION TO DISMISS** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Civil Rule 7.3, Defendant Donnie Harrison ("Sheriff Harrison") respectfully moves the Court for an order dismissing the Complaint. In connection with the instant motion, Sheriff Harrison is contemporaneously filing a memorandum of law.

Respectfully submitted the 1st day of April, 2015.

                              **POYNER SPRUILL LLP**

                    By:    s/ Andrew H. Erteschik
                            J. Nicholas Ellis
                            N.C. State Bar No. 13484
                            jnellis@poynerspruill.com
                            Andrew H. Erteschik
                            N.C. State Bar No. 35269
                            aerteschik@poynerspruill.com
                            P.O. Box 1801
                            Raleigh, NC  27602-1801
                            Telephone: 919.783.2895
                            Facsimile:  919.783.1075

                            **COUNSEL FOR DEFENDANT**
                            **SHERIFF DONNIE HARRISON**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

| | |
|---|---|
| Camden R. Webb | Hal F. Askins |
| Williams Mullen | N.C. Dept. of Justice |
| 301 Fayetteville St., Suite 1700 | 9001 Mail Service Center |
| P. O. Box 1000 | Raleigh, NC  27699-9001 |
| Raleigh, NC  27601 | *Counsel for Defendants Governor Pat* |
| *Counsel for Plaintiff* | *McCrory, Attorney General Roy* |
| | *Cooper and Frank L. Perry* |

This the 1st day of April, 2015.

                                                s/ Andrew H. Erteschik
                                                Andrew H. Erteschik