IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 5:15-cv-00097-BO

| | | |
|---|---|---|
| KIRSTEN MESSMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONNIE HARRISON, in his Official | ) | **PLAINTIFF'S MOTION FOR** |
| Capacity as Sheriff of Wake County, North | ) | **EXTENSION OF TIME** |
| Carolina, PAT McCRORY, in his Official | ) | |
| Capacity as Governor of North Carolina, | ) | |
| ROY COOPER, in his Official Capacity as | ) | |
| Attorney General of North Carolina, and | ) | |
| FRANK L. PERRY, in his Official | ) | |
| Capacity as Secretary of the North | ) | |
| Carolina Department of Public Safety, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, by her attorneys, respectfully move this Court for an enlargement of time to respond to Defendants Pat McCrory, Roy Cooper and Frank L. Perry's Motion to Dismiss. In support of its motion, Plaintiff shows unto the Court the following:

1.      On April 6, 2015, Defendants Pat McCrory, Roy Cooper and Frank L. Perry filed their Motion to Dismiss [D.E. 21].

2.      The time for serving responses and defensive pleadings has not expired and a response is currently due from Plaintiffs on or about April 30, 2015.

3.      Additional days are needed to prepare responses and defensive pleadings.

4.      Counsel for the Plaintiffs has consulted with counsel for Defendants who does not object to the extension requested herein.

5.      This Motion is made in good faith and not for purposes of undue delay.

WHEREFORE, Plaintiff respectfully requests the Court for an Order permitting it an additional eight (8) days within which to file a brief responding to Defendant's Motion to Dismiss to and including May 8, 2015. A proposed Order is attached.

Respectfully submitted this the 27th day of April, 2015.


                              WILLIAMS MULLEN


                              BY: /s/*Camden R. Webb*
                              Camden R. Webb
                              N.C. State Bar No. 22374
                              crwebb@williamsmullen.com
                              301 Fayetteville Street, Suite 1700
                              Raleigh, NC 27601
                              P.O. Box 1000
                              Raleigh, NC 27602
                              Telephone (919) 981-4000
                              Facsimile (919) 981-4300
                              *Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 27, 2015, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Andrew H. Erteschik – aerteschik@poynerspruill.com

Hal F. Askins – haskins@ncdoj.gov

J. Joy Strickland – jstrickland@ncdoj.gov

J. Nicholas Ellis – jnellis@poynerspruill.com

WILLIAMS MULLEN


BY: /s/*Camden R. Webb*
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
P.O. Box 1000
Raleigh, NC 27602
Telephone (919) 981-4000
Facsimile (919) 981-4300
*Attorneys for Plaintiffs*