IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 5:15-cv-00097-BO

| | |
|---|---|
| KIRSTEN MESSMER, | ) |
| Plaintiff, | ) |
| v. | ) |
| DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, | ) **PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |
| Defendants. | ) |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, by her attorneys, respectfully move this Court for an enlargement of time to respond to Defendant Donnie Harrison's Motion to Dismiss. In support of its motion, Plaintiff shows unto the Court the following:

1. On April 1, 2015, Defendant Donnie Harrison filed their Motion to Dismiss [D.E. 18].

2. The time for serving responses and defensive pleadings was due from Plaintiffs on April 27, 2015.

3. Additional days are needed to prepare responses and defensive pleadings.

4. Counsel for the Plaintiff has consulted with counsel for Defendant Harrison who consents to the extension requested herein.

5. This Motion is made in good faith and not for purposes of undue delay.

WHEREFORE, Plaintiff respectfully requests the Court for an Order permitting it an additional ten (10) days within which to file a brief responding to Defendant's Motion to Dismiss to and including May 8, 2015. A proposed Order is attached.

Respectfully submitted this the 28th day of April, 2015.

WILLIAMS MULLEN

BY: /s/*Camden R. Webb*
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
P.O. Box 1000
Raleigh, NC 27602
Telephone (919) 981-4000
Facsimile (919) 981-4300
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew H. Erteschik – aerteschik@poynerspruill.com

Hal F. Askins – haskins@ncdoj.gov

J. Joy Strickland – jstrickland@ncdoj.gov

J. Nicholas Ellis – jnellis@poynerspruill.com

                                  WILLIAMS MULLEN

                                  BY: /s/*Camden R. Webb*
                                  Camden R. Webb
                                  N.C. State Bar No. 22374
                                  crwebb@williamsmullen.com
                                  301 Fayetteville Street, Suite 1700
                                  Raleigh, NC 27601
                                  P.O. Box 1000
                                  Raleigh, NC 27602
                                  Telephone (919) 981-4000
                                  Facsimile (919) 981-4300
                                  *Attorneys for Plaintiffs*