## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION
## CIVIL ACTION NO. 5:15-cv-00097-BO

| | | |
|---|---|---|
| KIRSTEN MESSMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONNIE HARRISON, in his Official | ) | |
| Capacity as Sheriff of Wake County, North | ) | **ORDER GRANTING** |
| Carolina, PAT McCRORY, in his Official | ) | **EXTENSION OF TIME** |
| Capacity as Governor of North Carolina, | ) | |
| ROY COOPER, in his Official Capacity as | ) | |
| Attorney General of North Carolina, and | ) | |
| FRANK L. PERRY, in his Official | ) | |
| Capacity as Secretary of the North | ) | |
| Carolina Department of Public Safety, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon Plaintiffs' Motion for Extension of Time to Respond

to Defendants' Pat McCrory, Roy Cooper and Frank L. Perry's Motion to Dismiss.

For good cause shown, IT IS ORDERED that the Plaintiffs shall have until May 19, 2015

to file a response to Defendants' Pat McCrory, Roy Cooper and Frank L. Perry's Motion to

Dismiss.

This __7__ day of May, 2015.

UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA