IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 5:15-cv-00097-BO

| | |
|---|---|
| KIRSTEN MESSMER,<br><br>          Plaintiff,<br><br>v.<br><br>DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety,<br><br>          Defendants. | **ORDER GRANTING<br>EXTENSION OF TIME** |

This matter is before the Court upon Plaintiff's Motion for Extension of Time to Respond to Defendant Donnie Harrison's Motion to Dismiss.

For good cause shown, IT IS ORDERED that the Plaintiff shall have until May 19, 2015 to file a response to Defendant Donnie Harrison's Motion to Dismiss.

This __7__ day of May, 2015.

                                                      _/s/ Terrence Boyle_
                                                      UNITED STATES DISTRICT JUDGE
                                                      EASTERN DISTRICT OF NORTH CAROLINA