```
Court Name: USDC
Division: 5
Receipt Number: RAL043951
Cashier ID: nick
Transaction Date: 05/29/2015
Payer Name: Williams Mullen
--------------------------------------
TREASURY REGISTRY
 For: Williams Mullen
 Case/Party: D-NCE-5-15-CV-000097-001
 Amount:       $1.00
--------------------------------------
CHECK
 Check/Money Order Num: 515965
 Amt Tendered:  $1.00
--------------------------------------
Total Due:      $1.00
Total Tendered: $1.00
Change Amt:     $0.00
```