RECEIVED

MAY 29 2015 NB

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

# WILLIAMS MULLEN

Direct Dial: 919.981.4076
lkatz@williamsmullen.com

May 26, 2015

Eastern District of North Carolina
United States District Court
P.O. Box 25670
Raleigh, NC 27611
Attn: Financial Unit

Re: Kirsten Messmer v. Donnie Harrison, et al.
EDNC Civil Action No.: 5:15-cv-97-BO

Dear Clerk,

Enclosed is our check in the amount of $1.00 which represents the security bond ordered by the Court on May 22, 2015 [D.E. 38] in the referenced civil action.

Sincerely,

Lisa M. Katz
Paralegal

301 Fayetteville Street, Suite 1700 (27601) P.O. Box 1000 Raleigh, NC 27602 T 919.981.4000 F 919.981.4300 williamsmullen.com

Case 5:15-cv-00097-BO Document 39-1 Filed 05/29/15 Page 1 of 1

27798168