**WILLIAMS MULLEN**

301 Fayetteville Street
Suite 1700
Raleigh, NC 27601

RALEIGH
NC 275
27 MAY '15
PM 3 L

Hasler
05/27/2015
US POSTAGE $00.48

FIRST-CLASS MAIL

ZIP 27601
011D11619734



RECEIVED
MAY 29 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC



Eastern District of North Carolina
United States District Court
P.O. Box 25670
Raleigh, NC 27611
Attn: Financial Unit

27611567070