UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina, PAT McCRORY, in his official capacity as Governor of North Carolina, ROY COOPER, in his official capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his official capacity as Secretary of the North Carolina Department of Public Safety,<br><br>Defendants. | No. 5:14-cv-00369-BO |
| KIRSTEN MESSMER,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety,<br><br>Defendants. | No. 5:15-cv-00097-BO |

### SHERIFF BRINDELL B. WILKINS, JR.'S AND SHERIFF DONNIE HARRISON'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendants Brindell B. Wilkins, Jr. and Donnie Harrison ("the Sheriffs") respectfully move the Court for an order dismissing the above-captioned actions as moot.

Pursuant to Local Rule 7.1(d), the Sheriffs are submitting a memorandum in support of the motion.

Respectfully submitted the 7th day of August, 2015.

              **POYNER SPRUILL LLP**

       By: s/ Andrew H. Erteschik
          Andrew H. Erteschik
          N.C. State Bar No. 35269
          aerteschik@poynerspruill.com
          P.O. Box 1801
          Raleigh, NC 27602-1801
          Telephone: 919.783.2895
          Facsimile: 919.783.1075

          **COUNSEL FOR SHERIFF BRINDELL B. WILKINS, JR. AND SHERIFF DONNIE HARRISON**

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

| | |
|---|---|
| Camden R. Webb<br>Williams Mullen<br>301 Fayetteville St., Suite 1700<br>P. O. Box 1000<br>Raleigh, NC 27601<br>*Counsel for Plaintiff Kirsten Messmer*<br>*Local Rule 83.1 Counsel for*<br>*Plaintiffs Felicity M. Todd Veasey and*<br>*Second Amendment Foundation, Inc.* | Hal F. Askins<br>J. Joy Strickland<br>N.C. Dept. of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001<br>*Counsel for Defendants Governor Pat*<br>*McCrory, Attorney General Roy*<br>*Cooper and Frank L. Perry*<br><br>David G. Sigale<br>Law Firm of David G. Sigale, P.C.<br>739 Roosevelt Road, Suite 304<br>Glen Ellyn, IL 60137<br>dsigale@sigalelaw.com<br>*Lead Counsel for Plaintiffs Felicity M.*<br>*Todd Veasey and Second Amendment*<br>*Foundation, Inc.* |

This the 7th day of August, 2015.

                                                          s/ Andrew H. Erteschik
                                                          Andrew H. Erteschik