IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 5:15-cv-00097-BO

| | |
|---|---|
| KIRSTEN MESSMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, | ) **MOTION FOR ATTORNEY'S FEES** |
| | ) |
| Defendants. | ) |

Pursuant to 42 U.S.C. §21988, Kirsten Messmer ("Plaintiff"), by and through her undersigned counsel, hereby moves for an award of attorney's fees in the amount of $31,491.50 and costs in the amount of $583.07. In support of this Motion, Plaintiffs are filing contemporaneously herewith their Memorandum of Law in Support of Motion for Attorney's Fees and accompanying declarations and exhibits.

Respectfully submitted this the 28th day of August, 2015.

    WILLIAMS MULLEN

    BY: /s/*Camden R. Webb*
    Camden R. Webb
    N.C. State Bar No. 22374
    crwebb@williamsmullen.com
    301 Fayetteville Street, Suite 1700
    Raleigh, NC 27601
    P.O. Box 1000
    Raleigh, NC 27602
    Telephone (919) 981-4000
    Facsimile (919) 981-4300
    *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew H. Erteschik – aerteschik@poynerspruill.com
Hal F. Askins – haskins@ncdoj.gov
J. Joy Strickland – jstrickland@ncdoj.gov
J. Nicholas Ellis – jnellis@poynerspruill.com

                              WILLIAMS MULLEN

                              BY: /s/*Camden R. Webb*
                              Camden R. Webb
                              N.C. State Bar No. 22374
                              crwebb@williamsmullen.com
                              301 Fayetteville Street, Suite 1700
                              Raleigh, NC 27601
                              P.O. Box 1000
                              Raleigh, NC  27602
                              Telephone (919) 981-4000
                              Facsimile (919) 981-4300
                              *Attorneys for Plaintiff*