# EXHIBIT B

KIRSTEN MESSMER V. DONNIE HARRISON, ET AL.
EDNC CIVIL ACTION NO. 5:15-cv-00097-BO

ITEMIZED SERVICES BILL

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/04/15 | CRW | Meeting with K. Messmer to discuss facts of the case and plan for proceeding with suit; travel to/from meeting. | 1.00 |
| 03/06/15 | CRW | Telephone call from K. Messmer. | 0.10 |
| 03/07/15 | CRW | Drafted Complaint. | 1.50 |
| 03/07/15 | CRW | Began drafting declaration in support of Motion for Preliminary Injunction. | 0.30 |
| 03/07/15 | CRW | Drafted Memorandum in Support of Motion for Preliminary Injunction. | 1.70 |
| 03/08/15 | CRW | Communication with team regarding filing of Complaint and Motion for Preliminary Injunction. | 0.20 |
| 03/08/15 | CRW | Completed draft of Messmer declaration and emailed client regarding same. | 0.70 |
| 03/09/15 | CRW | Reviewed and responded to correspondence from client regarding declaration and upcoming proceedings. | 0.30 |
| 03/09/15 | CRW | Revised Complaint. | 1.00 |
| 03/09/15 | CRW | Revised Memorandum in Support of Motion for Preliminary Injunction. | 1.80 |
| 03/09/15 | CRW | Additional follow up with client regarding declaration. | 0.30 |
| 03/09/15 | CRW | Revised and finalized Motion for Preliminary | 0.40 |
| 03/09/15 | LMK | Review Complaint and prepare summonses and civil cover sheet. | 0.90 |
| 03/09/15 | CRW | Reviewed all pleadings, revised same, and discussed same with E. Stone. | 1.70 |
| 03/10/15 | CRW | Reviewed finalized Complaint and Summons. | 0.60 |
| 03/10/15 | CRW | Correspondence with client regarding filings. | 0.30 |
| 03/10/15 | CRW | Final review of Motion for Preliminary Injunction and Memorandum in Support, finalized same. | 0.90 |
| 03/10/15 | ECS | Review and revise Complaint, Motion for Preliminary Injunction, and supporting Memorandum; communicate with C. Webb regarding the same. | 1.50 |
| 03/10/15 | LMK | Revise and file all initial case pleadings and motion and brief in support of Motion for Preliminary Injunction. | 3.50 |
| 03/10/15 | CVL | Research regarding Motion for Preliminary Injunction - KeyCite and QuoteCheck on Memo; also found WL cites and pulled 3 cases with Lexis cites and ran KeyCite and Quote Check on them. | 0.80 |
| 03/11/15 | CRW | Attention to filing of Notice of Appearance and financial disclosure. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/11/15 | LMK | Prepare and file Notice of Appearance and financial disclosure; prepare letter to forward with Complaint. | 0.80 |
| 03/12/15 | CRW | Attention to service of process, reviewed and signed letter, and correspondence to client regarding same. | 0.30 |
| 03/12/15 | LMK | Prepare letter and serve initial case pleadings on defendants. | 1.00 |
| 03/13/15 | CRW | Telephone conference with H. Askins regarding Motion for Preliminary Injunction. | 0.10 |
| 03/15/15 | CRW | Correspondence to NC DOJ regarding new filing and motion. | 0.10 |
| 03/23/15 | CRW | Reviewed service of process dates and upcoming deadlines. | 0.20 |
| 03/25/15 | CRW | Received notice of hearing, communications to client regarding same, and worked on planning for hearing. | 0.50 |
| 03/25/15 | LMK | Docket court hearing. | 0.10 |
| 03/26/15 | CRW | Reviewed/finalized Affidavit of Service. | 0.20 |
| 03/26/15 | CRW | Telephone conference with K. Messmer regarding upcoming hearing. | 0.30 |
| 03/26/15 | CRW | Telephone conference with opposing counsel regarding Sheriff's request for dismissal. | 0.20 |
| 03/26/15 | CRW | Reviewed applicable case law regarding award of fees under 42 USC 1988 and drafted letter to N. Ellis regarding same. | 0.80 |
| 03/26/15 | LMK | Prepare Affidavits of Service. | 0.70 |
| 03/26/15 | LMK | Strategy session with C. Webb regarding upcoming hearing. | 0.10 |
| 03/27/15 | CRW | Reviewed letter from N. Ellis and finalized response letter; follow up correspondence with D. Erteshik. | 0.50 |
| 03/27/15 | LMK | Revise and file Affidavits of Service. | 0.80 |
| 03/30/15 | CRW | Reviewed correspondence from client. | 0.10 |
| 04/02/15 | LMK | Docket management regarding upcoming deadlines. | 0.10 |
| 04/07/15 | CRW | Worked on preparation for upcoming hearing. | 0.50 |
| 04/07/15 | LMK | Analysis of briefs in preparation for upcoming hearing. | 0.60 |
| 04/08/15 | CRW | Continued work on preparation for hearing; researched Equal Protection Clause cases. | 1.60 |
| 04/08/15 | LMK | Analysis of briefs in preparation for upcoming hearing. | 0.50 |
| 04/10/15 | CRW | Correspondence with client regarding upcoming hearing. | 0.20 |
| 04/13/15 | CRW | Analyzed 1983 issues for upcoming hearing. | 0.40 |
| 04/13/15 | CRW | Reviewed Eleventh Amendment case law. | 0.90 |
| 04/13/15 | JRP | Research and analyze cases regarding constitutional scrutiny of classifications based on alienage and review Second Amendment cases raising similar issues. | 1.00 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/14/15 | CRW | Continued preparation for hearing on Motion for Preliminary Injunction. | 0.40 |
| 04/15/15 | CRW | Continued preparation for hearing. | 0.30 |
| 04/16/15 | CRW | Completed preparation for hearing; attended hearing/argued motion. | 3.00 |
| 04/17/15 | CRW | Worked on legal theory for Sheriff being a "person" under 1983 based upon enforcement of CHP statute. | 0.80 |
| 04/17/15 | CRW | Correspondence with client regarding permit application process. | 0.20 |
| 04/20/15 | CRW | Reviewed correspondence from client and follow up regarding same. | 0.50 |
| 04/23/15 | CRW | Telephone conference with client. | 0.20 |
| 04/24/15 | CRW | Reviewed proposed legislation in light of State's argument on Motion for Preliminary injunction. | 0.40 |
| 04/24/15 | CRW | Correspondence with client regarding permit application process in light of potential ruling. | 0.20 |
| 04/24/15 | CRW | Read Order on Preliminary Injunction. | 0.30 |
| 04/24/15 | CRW | Telephone call to opposing counsel and follow up regarding same. | 0.20 |
| 04/25/15 | CRW | Additional correspondence with client and follow up regarding enforcement of order. | 0.40 |
| 04/26/15 | CRW | Correspondence regarding extension of time and issues related to Motion to Dismiss. | 0.30 |
| 04/27/15 | CRW | Correspondence with and telephone conference with client as follow up to ruling on Motion for Preliminary Injunction. | 0.80 |
| 04/27/15 | CRW | Attention to extension of time. | 0.20 |
| 04/28/15 | CRW | Correspondence with opposing counsel and follow up on motion for extension of time. | 0.40 |
| 04/29/15 | CRW | Telephone calls to/from K. Messmer regarding application process; telephone call to D. Erteschik; additional follow up. | 1.20 |
| 05/01/15 | CRW | Email from and telephone call to client regarding application process. | 0.20 |
| 05/01/15 | CRW | Analyzed/researched issues for response briefs. | 1.00 |
| 05/04/15 | CRW | Correspondence with client. | 0.20 |
| 05/04/15 | CRW | Review correspondence with D. Erteschik and follow up regarding same; telephone call with D. Sigale. | 0.60 |
| 05/06/15 | CRW | Correspondence with opposing counsel regarding motion responses. | 0.10 |
| 05/06/15 | CRW | Revised/finalized motions to extend time. | 0.20 |
| 05/07/15 | CRW | Reviewed correspondence from opposing counsel regarding proposed motion, and follow up regarding same. | 0.20 |
| 05/08/15 | CRW | Reviewed correspondence from opposing counsel and follow up regarding same. | 0.40 |
| 05/11/15 | CRW | Worked on structure of argument for response to State's brief. | 0.30 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/11/15 | LMK | Analysis of motion to amend order. | 0.10 |
| 05/14/15 | CRW | Reviewed amended order and follow up with client regarding same. | 0.30 |
| 05/18/15 | CRW | Reviewed case authority cited in State defendants' brief and worked on Second Amendment argument. | 2.20 |
| 05/18/15 | JRP | Research and analyze issue of whether state defendants Governor, Attorney General, and Secretary of Public Safety are proper parties to action. | 0.30 |
| 05/18/15 | ECS | Confer with C. Webb regarding response deadlins and strategy relating to the same. | 0.20 |
| 05/18/15 | LMK | Prepare draft responses in opposition to Motion to Dismiss. | 1.70 |
| 05/19/15 | CRW | Revised Second Amendment/Equal Protection argument for response brief; reviewed and incorporated Eleventh Amendment argument; finalized brief; correspondence to client. | 2.30 |
| 05/19/15 | CRW | Reviewed/revised brief in response to Sheriff's motion. | 0.50 |
| 05/19/15 | JRP | Continue research on 11th Amendment issue and read relevant case law to develop argument for response to Motion to Dismiss and draft argument for brief. | 1.00 |
| 05/19/15 | ECS | Draft portions of Response in Opposition to Motion to Dismiss; Shepardize authority relating to the same. | 1.10 |
| 05/19/15 | LMK | Review and file responses in opposition to Motions to Dismiss. | 0.40 |
| 05/19/15 | CRW | Reviewed correspondence from client. | 0.30 |
| 05/20/15 | CRW | Correspondence with client. | 0.20 |
| 05/21/15 | CRW | Worked on filings and correspondence with opposing counsel. | 0.50 |
| 05/22/15 | CRW | Reviewed order regarding bond and follow up regarding same. | 0.20 |
| 05/22/15 | LMK | Prepare and file amended response in opposition to Motion to Dismiss. | 0.70 |
| 05/25/15 | CRW | Follow up regarding bond order. | 0.20 |
| 05/26/15 | LMK | Communicate and forward security bond to Clerk of Court. | 0.50 |
| 06/08/15 | CRW | Correspondence with client regarding status of permit and pending motions. | 0.20 |
| 06/10/15 | CRW | Worked on follow up items from call with opposing counsel. | 0.20 |
| 06/11/15 | CRW | Analyzed potential avenues for streamlining case / reaching a decision as a matter of law. | 0.60 |
| 06/19/15 | CRW | Correspondence with client regarding issuance of permit. | 0.20 |
| 06/22/15 | CRW | Reviewed correspondence from client regarding permit. | 0.10 |
| 06/25/15 | CRW | Correspondence with client regarding status of motions. | 0.30 |
| 06/26/15 | CRW | Telephone conference with D. Erteschik and follow up regarding same. | 0.40 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/08/15 | CRW | Correspondence with client regarding permit renewal. | 0.20 |
| 07/31/15 | CRW | Read order in Veasey case and follow up correspondence to client. | 0.20 |
| 08/03/15 | CRW | Review text of and status of amendment to statutes regarding citizenship. | 0.70 |
| 08/03/15 | CRW | Correspondence with client and follow up regarding same. | 0.30 |
| 08/04/15 | CRW | Worked on issues regarding potential final judgment. | 0.30 |
| 08/05/15 | CRW | Received/reviewed Order on Motion to Dismiss and emailed client regarding same. | 0.30 |
| 08/07/15 | CRW | Follow up analysis of effect of amendment to NCGS 14-415.12. | 0.60 |
| 08/07/15 | CRW | Reviewed motions filings and planned response. | 0.70 |
| 08/10/15 | LMK | Prepare declaration of C. Webb in support of motion for attorneys fees; analysis of firearm laws. | 1.50 |
| 08/10/15 | CRW | Reviewed matters to be submitted to the court for fee motion and planned out filings. | 1.10 |
| 08/10/15 | CRW | Telephone conference with R. Zechini regarding legislative history of change in CHP statute, and follow up research regarding same. | 0.30 |
| 08/10/15 | CRW | Detailed review of time entries and expenses, and revisions to same, for exhibit to fee declaration. | 0.70 |
| 08/10/15 | CRW | Correspondence with client regarding case status, amendment of statute, and permit status. | 0.20 |
| 08/11/15 | LMK | Prepare motion for attorneys fees. | 0.70 |
| 08/11/15 | CRW | Outlined brief in support of Motion for Attorney Fees and drafted portion of legal standard section of brief. | 0.60 |
| 08/11/15 | CRW | Developed facts to present to the court in support of Motion for Attorneys Fees. | 0.50 |
| 08/12/15 | CRW | Analyzed potential responses to Motion to Dismiss (Mootness). | 0.60 |
| 08/14/15 | CRW | Received email from C. Blake regarding fee affidavit, worked on issues regarding affidavit, and composed/sent email to C. Blake. | 0.20 |
| 08/17/15 | CRW | Worked on potential affidavit from A. Gura. | 0.20 |
| 08/18/15 | LMK | Strategy session with C. Webb regarding brief for attorneys fees. | 0.10 |
| 08/18/15 | CRW | Reviewed Circuit case law regarding prevailing party under 1988 and revised portion of brief regarding same. | 0.90 |
| 08/18/15 | CRW | Correspondence to client regarding status of case and upcoming motion/motion response. | 0.10 |
| 08/18/15 | CRW | Conducted legal research and drafted response to Motion to Dismiss. | 0.40 |
| 08/19/15 | CRW | Reviewed correspondence from client. | 0.10 |
| 08/20/15 | CRW | Revised motion, brief, and declarations for motion for attorney fees. | 0.60 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/20/15 | CRW | Finalized Response to Motion to Dismiss. | 0.10 |
| 08/21/15 | LMK | Cost analysis on attorney time entries. | 0.70 |
| 08/22/15 | CRW | Correspondence with client. | 0.10 |
| 08/24/15 | CRW | Revised brief and supporting declarations for Motion for Attorney's Fees, and conducted additional research regarding lodestar factors. | 1.10 |
| 08/25/15 | LMK | Analysis of time entries; communicate with K. Messmer regarding contents of declaration; prepare declaration | 3.30 |
| 08/25/15 | CRW | Revised Gura declaration and drafted Webb declaration. | 0.60 |
| 08/25/15 | CRW | Revised fact section of brief in support of Motion for Attorney's Fees, added text to argument section of brief, and revised entire brief. | 0.50 |
| 08/25/15 | CRW | Correspondence with C. Blake and drafted Blake Declaration. | 0.40 |
| 08/25/15 | CRW | Revised Messmer declaration. | 0.20 |
| | | **TOTAL HOURS:** | **79.10** |
| | | **TOTAL:** | **$30,496.50** |

## COSTS

| DESCRIPTION | AMOUNT |
| --- | --- |
| Courier Service 04/20/2015 | $24.77 |
| Working Meals Camden Webb: Lunch with co-counsel David Sigale following motion hearing on 4/16/15 | $33.60 |
| Filing fee Clerk, U.S. District Court: 5:15CV97 - Messmer v. Harrison, et al. | $400.00 |
| Filing Fee Clerk, U.S. District Court: Security Bond | $1.00 |
| Westlaw | $94.00 |
| Pacer | $29.70 |
| **TOTAL COSTS** | **$583.07** |
| **TOTAL** | **$31,079.57** |