IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 5:15-cv-00097-BO

| | | |
|---|---|---|
| KIRSTEN MESSMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONNIE HARRISON, in his Official | ) | **SUPPLEMENTAL DECLARATION OF** |
| Capacity as Sheriff of Wake County, North | ) | **CAMDEN R. WEBB IN SUPPORT OF** |
| Carolina, PAT McCRORY, in his Official | ) | **PLAINTIFF'S MOTION FOR** |
| Capacity as Governor of North Carolina, | ) | **ATTORNEY'S FEES** |
| ROY COOPER, in his Official Capacity as | ) | |
| Attorney General of North Carolina, and | ) | |
| FRANK L. PERRY, in his Official | ) | |
| Capacity as Secretary of the North | ) | |
| Carolina Department of Public Safety, | ) | |
| | ) | |
| Defendants. | ) | |

I, Camden R. Webb, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of 18 and am competent to make this Declaration. I have personal knowledge of the facts stated herein.

2.      I am submitting this supplemental affidavit to reflect time expended representing the Plaintiff on August 26, 27, and 28, 2015. I completed my first declaration in this case on August 26, 2015, with time entries through August 25, 2015, so that Mr. Alan Gura and Mr. Christopher J. Blake would have the opportunity to review my finalized, executed declaration reflecting the time spent representing the Plaintiff, instead of having the review a draft. Therefore, the time that members of my firm spent representing the Plaintiff in this case on August 26, 27, and 28, 2015 are not contained in my first declaration.

3.     The time entries from August 26, 27, and 28, 2015, which are billed at our standard rates, are as follows:

| Timekeeper | Description | Date | Time | Total |
|---|---|---|---|---|
| Camden R. Webb | Drafted brief in support of Motion for Attorney's fees; correspondence to A. Gura and C. Blake regarding declarations; reviewed and revised all declarations support Motion for Attorneys fees. | 08/26/15 | 1.0 | $460.00 |
| | Telephone call to C. Blake and follow up regarding completion of declaration; follow up correspondence to A. Gura and worked on completion of declaration; dictated supplemental declaration. | 8/27/15 | 0.4 | $184.00 |
| Lisa M. Katz | Finalize and forward declaration to K. Messmer; continued analysis of time entries. | 08/26/15 | 1.1 | $214.50 |
| | Communicate with F. Veasey regarding declaration; review, revise and file memorandum and motion for attorneys fees and supporting documents. | 08/28/15 | 0.7 | $136.50 |
| | | | | Total - $995.00 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 28th day of August, 2015.

_____
CAMDEN R. WEBB

28842571_1

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew H. Erteschik – aerteschik@poynerspruill.com
Hal F. Askins – haskins@ncdoj.gov
J. Joy Strickland – jstrickland@ncdoj.gov
J. Nicholas Ellis – jnellis@poynerspruill.com

WILLIAMS MULLEN

BY: /s/ *Camden R. Webb*
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone (919) 981-4000
Facsimile (919) 981-4300
*Attorneys for Plaintiff*