IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 5:15-cv-00097-BO

KIRSTEN MESSMER, )
)
    Plaintiff, )
)
v. )
)
DONNIE HARRISON, in his Official )
Capacity as Sheriff of Wake County, North ) **DECLARATION OF KIRSTEN**
Carolina, PAT McCRORY, in his Official ) **MESSMER IN SUPPORT OF**
Capacity as Governor of North Carolina, ) **PLAINTIFF'S MOTION FOR**
ROY COOPER, in his Official Capacity as ) **ATTORNEY'S FEES**
Attorney General of North Carolina, and )
FRANK L. PERRY, in his Official )
Capacity as Secretary of the North )
Carolina Department of Public Safety, )
)
    Defendants. )

I, Kirsten Messmer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years of age, am competent to testify as to the matters herein, and the matters stated herein are based upon my personal knowledge.

2. I am a resident of Wake County, North Carolina, a citizen of the Federal Republic of Germany, and a lawful permanent resident alien residing in the United States.

3. On April 24, 2015, this Court entered an Order granting Plaintiff's Motion for Preliminary Injunction.

4. On April 29, 2015, I went to the Wake County Sheriff's Department to submit my application for a Concealed Handgun Permit. I filled out the online application, the Sheriff's Office took my fingerprints, and I paid the Concealed Handgun Permit fee.

1

5. On June 8, 2015, I received an automated email from the Wake County Sheriff's Office informing me that my application for a Concealed Handgun Permit has been approved and will be mailed to me.

6. On June 18, 2015, I received my Concealed Handgun Permit, attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 27th day of August, 2015.

KIRSTEN MESSMER

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew H. Erteschik – aerteschik@poynerspruill.com
Hal F. Askins – haskins@ncdoj.gov
J. Joy Strickland – jstrickland@ncdoj.gov
J. Nicholas Ellis – jnellis@poynerspruill.com

        WILLIAMS MULLEN

        BY: /s/*Camden R. Webb*
        Camden R. Webb
        N.C. State Bar No. 22374
        crwebb@williamsmullen.com
        301 Fayetteville Street, Suite 1700
        Raleigh, NC 27601
        Telephone (919) 981-4000
        Facsimile (919) 981-4300
        *Attorneys for Plaintiff*

28840523_1

Case 5:15-cv-00097-BO   Document 44-6   Filed 08/28/15   Page 3 of 3