# EXHIBIT A

NORTH CAROLINA CONCEALED HANDGUN PERMIT
PERMIT NO: NC535723
EXPIRES: 06-02-2020    NEW
MESSMER, KIRSTEN
7520 WINDMILL HARBOR WY 2209
RALEIGH, NC 27617
                                          WAKE

DL: 36693481
DOB: 02-27-1972          RACE W    SEX F
HT: 508    WT 162        HAIR BRO  EYE HAZ

PERMITTEE: _V.M C_____