IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-cv-00097-BO

| | |
|---|---|
| KIRSTEN MESSMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DONNIE HARRISON, in his official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, | ) **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT DONNIE HARRISON'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |
| Defendants. | ) |

NOW COMES Plaintiff Kirsten Messmer, ("Plaintiff") by and through counsel, and files this response in opposition to Defendant Donnie Harrison's Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Motion"). [D.E. 41].

In his Motion, the Sheriff seeks dismissal of this case on mootness grounds. To the extent that the Motion seeks a complete termination of the proceedings, the Motion should be denied. Plaintiffs are prevailing parties who are entitled to attorney fees under 42 U.S.C. § 1988, and Plaintiffs have moved the Court for an award of those fees. Pls. Mot. for Attorney Fees, [D.E. 43]. The Court's continuing equitable jurisdiction allows the Court to hear Plaintiffs' Motion for Attorney Fees, notwithstanding mootness caused by a change in a statute. *See, e.g., S-1 v. Spangler,* 832 F.2d 294, 297 (4th Cir. 1987)(determination of mootness on the merits does not preclude the award of attorney fees pursuant to 42 U.S.C. § 1988); *Black Police Ass'n v.*

*District of Columbia Bd. of Elections and Ethics*, 168 F.3d 525, 528 (D.C. Cir. 1999)(affirming an award of attorney fees notwithstanding passage of subsequent legislation mooting a Section 1983 challenge).

Plaintiffs do not contend that any substantive issues remain to be decided in this case. However, to the extent the Sheriff's Motion seeks termination of this case in its entirety, it should be denied.

Respectfully submitted this the 28th day of August, 2015.

                WILLIAMS MULLEN

                BY: */s/ Camden R. Webb*
                Camden R. Webb
                N.C. State Bar No. 22374
                crwebb@williamsmullen.com
                P. O. Box 1000
                Raleigh, North Carolina 27602
                Telephone: (919) 981-4000
                Facsimile: (919) 981-4300
                *Local Civil Rule 83.1 Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew H. Erteschik – aerteschik@poynerspruill.com

Hal F. Askins – haskins@ncdoj.gov

J. Joy Strickland – jstrickland@ncdoj.gov

J. Nicholas Ellis – jnellis@poynerspruill.com

> WILLIAMS MULLEN
>
> BY: /s/*Camden R. Webb*
> Camden R. Webb
> N.C. State Bar No. 22374
> crwebb@williamsmullen.com
> 301 Fayetteville Street, Suite 1700
> Raleigh, NC 27601
> P.O. Box 1000
> Raleigh, NC 27602
> Telephone (919) 981-4000
> Facsimile (919) 981-4300
> *Attorneys for Plaintiffs*