IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 5:15-cv-00097-BO

| | |
|---|---|
| KIRSTEN MESSMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF CORRECTED DECLARATION OF ALAN GURA**

Plaintiff hereby gives notice that it withdraws the Corrected Declaration of Alan Gura in Support of Plaintiff's Motion for Attorney's Fees (D.E. 47).

Respectfully submitted, this the 10th day of September, 2015.

        WILLIAMS MULLEN

        BY: /s/*Camden R. Webb*
        Camden R. Webb
        N.C. State Bar No. 22374
        crwebb@williamsmullen.com
        301 Fayetteville Street, Suite 1700
        Raleigh, NC 27601
        Telephone (919) 981-4000
        Facsimile (919) 981-4300
        *Attorneys for Plaintiff*

1

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- Andrew H. Erteschik – aerteschik@poynerspruill.com
- Hal F. Askins – haskins@ncdoj.gov
- J. Joy Strickland – jstrickland@ncdoj.gov
- J. Nicholas Ellis – jnellis@poynerspruill.com

>WILLIAMS MULLEN
>
>BY: /s/*Camden R. Webb*
>Camden R. Webb
>N.C. State Bar No. 22374
>crwebb@williamsmullen.com
>301 Fayetteville Street, Suite 1700
>Raleigh, NC 27601
>Telephone (919) 981-4000
>Facsimile (919) 981-4300
>*Attorneys for Plaintiff*