UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FELICITY M. TODD VEASEY and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRINDELL B. WILKINS, JR., in his official capacity as Sheriff of Granville County, North Carolina, <br> PAT McCRORY, in his official capacity as Governor of North Carolina, <br> ROY COOPER, in his official capacity as Attorney General of North Carolina, and <br> FRANK L. PERRY, in his official capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | No. 5:14-cv-00369-BO |
| KIRSTEN MESSMER, <br><br> Plaintiff, <br><br> v. <br><br> DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, <br> PAT McCRORY, in his Official Capacity as Governor of North Carolina, <br> ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and <br> FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, <br><br> Defendants. | No. 5:15-cv-00097-BO |

**SHERIFF BRINDELL B. WILKINS, JR.'S AND SHERIFF DONNIE HARRISON'S RESPONSE TO PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES**

## ARGUMENT

### AS STATE AGENTS FOR PURPOSES OF THIS LITIGATION, THE SHERIFFS CONCUR WITH AND INCORPORATE THE STATE'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES.

The Court's July 31, 2015 and August 5, 2015 orders in the above-captioned cases held that the Sheriffs were State agents for purposes of this case because they were "simply enforcing state law." [No. 5:14-cv-00369, DE 58; No. 5:15-cv-00097, DE 40]. Accordingly, the Court held that any attorneys' fees awarded against the Sheriffs "would be . . . paid by the State of North Carolina." *Id.*

The State of North Carolina has now moved to intervene in these cases. The Sheriffs believe this is appropriate (if not required) because it is the State, and not the Sheriffs, that would be responsible for paying any award of attorneys' fees.

In its motions to intervene, the State forecasts its opposition to Plaintiffs' motions for attorneys' fees on the grounds that: (1) Plaintiffs are not "prevailing parties" under 42 U.S.C. 1988; and (2) even if Plaintiffs are "prevailing parties," their proposed fee awards are excessive. In light of the Court's determination that the Sheriffs are State agents for purposes of this litigation, the Sheriffs concur with and incorporate the State's opposition to Plaintiffs' motions for attorneys' fees.

Furthermore, in their capacity as State agents, the Sheriffs concur with the State's request that it be given sufficient opportunity—up to 21 days after the entry of an order allowing intervention—to oppose Plaintiffs' motions for attorneys' fees.

## CONCLUSION

For the foregoing reasons, Defendants Brindell B. Wilkins, Jr. and Donnie Harrison respectfully concur with and incorporate the State's opposition to Plaintiffs' motions for attorneys' fees.

Respectfully submitted the 21st day of October, 2015.

        **POYNER SPRUILL LLP**

      By: s/ Andrew H. Erteschik
        Andrew H. Erteschik
        N.C. State Bar No. 35269
        aerteschik@poynerspruill.com
        P.O. Box 1801
        Raleigh, NC 27602-1801
        Telephone: 919.783.2895
        Facsimile: 919.783.1075

        **COUNSEL FOR SHERIFF**
        **BRINDELL B. WILKINS, JR. AND**
        **SHERIFF DONNIE HARRISON**

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

Camden R. Webb
Williams Mullen
301 Fayetteville St., Suite 1700
P. O. Box 1000
Raleigh, NC 27601
*Counsel for Plaintiff Kirsten Messmer Local Rule 83.1 Counsel for Plaintiffs Felicity M. Todd Veasey and Second Amendment Foundation, Inc.*

Charles G. Whitehead
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
*Counsel for the State of North Carolina*

Hal F. Askins
J. Joy Strickland
N.C. Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001
*Counsel for Defendants Governor Pat McCrory, Attorney General Roy Cooper and Frank L. Perry*

David G. Sigale
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
dsigale@sigalelaw.com
*Lead Counsel for Plaintiffs Felicity M. Todd Veasey and Second Amendment Foundation, Inc.*

This the 21st day of October, 2015.

    s/ Andrew H. Erteschik
    Andrew H. Erteschik