**Webb, Camden**

| | |
|---|---|
| **From:** | Notice_NCED@nced.uscourts.gov |
| **Sent:** | Friday, August 28, 2015 2:58 PM |
| **To:** | Notice_NCED@nced.uscourts.gov |
| **Subject:** | Activity in Case 5:15-cv-00097-BO Messmer v. Harrison et al Motion for Attorney Fees |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### EASTERN DISTRICT OF NORTH CAROLINA

### Notice of Electronic Filing

The following transaction was entered by Webb, Camden on 8/28/2015 at 2:57 PM EDT and filed on 8/28/2015
**Case Name:** Messmer v. Harrison et al
**Case Number:** 5:15-cv-00097-BO
**Filer:** Kirsten Messmer
**Document Number:** 43

**Docket Text:**
**MOTION for Attorney Fees filed by Kirsten Messmer. (Webb, Camden)**


**5:15-cv-00097-BO Notice has been electronically mailed to:**

Andrew H. Erteschik     aerteschik@poynerspruill.com, autodocket@poynerspruill.com, jking@poynerspruill.com, klowell@poyners.com, ltrast@poyners.com

Camden R. Webb     crwebb@williamsmullen.com, lkatz@williamsmullen.com, mhill@williamsmullen.com

Hal F. Askins     haskins@ncdoj.com

J. Nicholas Ellis     jnellis@poynerspruill.com, autodocket@poynerspruill.com, jking@poyners.com, klowell@poyners.com

**5:15-cv-00097-BO Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:



EXHIBIT A

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180431-0
] [9411a2c911e76411c6702e4fd331550dfea53f45b3027e2037a33a430ab684003b1
cd271d9fd7040a2cd5faa8c51ff9b511ce3e7d63b12050b4c0cbd3307d76b]]