**Webb, Camden**

| | |
|---|---|
| From: | Notice_NCED@nced.uscourts.gov |
| Sent: | Friday, August 28, 2015 3:07 PM |
| To: | Notice_NCED@nced.uscourts.gov |
| Subject: | Activity in Case 5:15-cv-00097-BO Messmer v. Harrison et al Memorandum in Support |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### EASTERN DISTRICT OF NORTH CAROLINA

**Notice of Electronic Filing**

The following transaction was entered by Webb, Camden on 8/28/2015 at 3:06 PM EDT and filed on 8/28/2015
**Case Name:** Messmer v. Harrison et al
**Case Number:** 5:15-cv-00097-BO
**Filer:** Kirsten Messmer
**Document Number:** 44

**Docket Text:**
**Memorandum in Support regarding [43] MOTION for Attorney Fees filed by Kirsten Messmer. (Attachments: # (1) Declaration of Camden R. Webb, # (2) Exhibit A to Declaration of Camden R. Webb - biography, # (3) Exhibit B to Declaration of Camden R. Webb - Itemized Services Bill, # (4) Exhibit C to Declaration of Camden R. Webb - 562 Bill Analysis, # (5) Supplemental Declaration of Camden R. Webb, # (6) Declaration of Kirsten Messmer, # (7) Exhibit A to Declaration of Kirsten Messmer - Concealed Handgun Permit, # (8) Declaration of Christopher J. Blake, # (9) Declaration of Alan Gura) (Webb, Camden)**

**5:15-cv-00097-BO Notice has been electronically mailed to:**

Andrew H. Erteschik    aerteschik@poynerspruill.com, autodocket@poynerspruill.com, jking@poynerspruill.com, klowell@poyners.com, ltrast@poyners.com

Camden R. Webb    crwebb@williamsmullen.com, lkatz@williamsmullen.com, mhill@williamsmullen.com

Hal F. Askins    haskins@ncdoj.com

J. Nicholas Ellis    jnellis@poynerspruill.com, autodocket@poynerspruill.com, jking@poyn


EXHIBIT B

klowell@poyners.com

**5:15-cv-00097-BO Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-0
] [78d8e9c1edc4c4560200fdd65d41fd622c5385801d72543d6a2945ffb925887179c
84d526d861c27d2c4c69cd8f6c1ea65ac03381a6d47c60801a08ddc11df94]]
**Document description:** Declaration of Camden R. Webb
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-1
] [37f487b9b87e96e356a5517f5d5d6a06ae2bc5b5812d04ad7e432b53e6a6e377888
44b93a93a3684cdc9853ece9c9031fc16fd5ab2170078e812346b31de6a58]]
**Document description:** Exhibit A to Declaration of Camden R. Webb - biography
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-2
] [2bd0010528499cf86bb913a838342b85b2806aa4c72f2286a2677467c777bb1ea16
a391e5db5da6652119f16a0d040c1d3781b0972f3a832e6bf2550c6a1a1f5]]
**Document description:** Exhibit B to Declaration of Camden R. Webb - Itemized Services Bill
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-3
] [1d55705c60b64dc2a81c779a2932c7b46983ad1269348375fe0726793edf7958cdf
d2f3edb62209576e131fbbdf6c01fbf7ad2f5367d8928f6a95d243c6c8df5]]
**Document description:** Exhibit C to Declaration of Camden R. Webb - 562 Bill Analysis
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-4
] [797e1275115878c2eb1db16518243d01d6f99c55719b8292052f6126be69f6087b6
d2d8520a71b8f63b568dc86c0d835303b1075a7ed1a8fd70742329c0fc78b]]
**Document description:** Supplemental Declaration of Camden R. Webb
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-5
] [8eb09ed35bc814b28870d2955a5c15a9048ccbddb8a981c759f11f612e396d274dc
6267ab08687326be9c2dc16bcfa6531d12e345adf237e1e6ef5490c9fcf50]]
**Document description:** Declaration of Kirsten Messmer
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-6
] [a1e2558886826c395f7d436cf435f75b828ae539b269871e123d15ab368239ff6bb
a9a23744be8260295fffba7b783c5fe8887add8e9b2dd71411bfa244aa5d9]]
**Document description:** Exhibit A to Declaration of Kirsten Messmer - Concealed Handgun Permit
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-7
] [1c711414d67ac1d805a75157fa78e495a1a491bf5b0de86ae65e4e971e9debdd1af
18a0ac38abbeef037e7ca02b8f56f4772e4e9fa877e737bbe030ec5cf550a]]
**Document description:** Declaration of Christopher J. Blake
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-8
] [bfe5cecb7247b51eb8c048789486afe04c1c76649fc3078e9d4b7be400874a62fb5
8ad070d7001c42b356b70130fd2cc4d5270e8ef95a0f33f147b1dcde2a29f]]
**Document description:** Declaration of Alan Gura
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1114528487 [Date=8/28/2015] [FileNumber=4180473-9
] [95d6dd7aafe792681f4dcb4821cc5dbd3b2dc2687d394aa5697e467377b30f51fa9
71df461588a61116a665d7981db1453b56f7c4e24247ed0d1bf60a7e1ae71]]