UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KIRSTEN MESSMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SHERIFF DONNIE HARRISON, *in his Official capacity as Sheriff of Wake County, North Carolina*, GOVERNOR PAT MCCRORY, *in his Official Capacity as Governor of North Carolina*, ATTORNEY GENERAL ROY COOPER, *in his Official Capacity as Attorney General of North Carolina*, FRANK L. PERRY, *in his Official capacity as Secretary of the North Carolina Department of Public Safety,* | ) | 5:15-CV-097-BO |
| | ) | |
| Defendants, | ) | |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| | ) | |
| Intervenor. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the Court's order [DE 40], the State's defendants' motion to dismiss is GRANTED, and defendant Donnie Harrison's motion to dismiss [DE 41] is GRANTED and this case is DISMISSED AS MOOT, except that the Court retains jurisdiction to decide the issue of attorneys' fees. The State's motion to intervene and for extension of time [DE 52] is GRANTED, and the State is DIRECTED to file a response to plaintiff's motion for attorneys' fees within 21 days of the date of the entry of Order [DE 58].

This case is closed.

**This judgment filed and entered on December 2, 2015, and served on:**

Camden R. Webb (via CM/ECF Notice of Electronic Filing)
Andrew H. Erteschik (via CM/ECF Notice of Electronic Filing)
J. Nicholas Ellis (via CM/ECF Notice of Electronic Filing)
Hal F. Askins (via CM/ECF Notice of Electronic Filing)

Charles G. Whitehead (via CM/ECF Notice of Electronic Filing)

December 2, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk