IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 5:15-cv-00097-BO

| | |
|---|---|
| KIRSTEN MESSMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DONNIE HARRISON, in his Official Capacity as Sheriff of Wake County, North Carolina, PAT McCRORY, in his Official Capacity as Governor of North Carolina, ROY COOPER, in his Official Capacity as Attorney General of North Carolina, and FRANK L. PERRY, in his Official Capacity as Secretary of the North Carolina Department of Public Safety, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**SECOND SUPPLEMENTAL DECLARATION OF CAMDEN R. WEBB IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

I, Camden R. Webb, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18 and am competent to make this Declaration. I have personal knowledge of the facts stated herein.

2. I am submitting this supplemental affidavit to reflect time expended representing Plaintiffs from September 1, 2015 through January 14, 2016.

3. From September 1, 2015 to January 14, 2016, I and members of Williams Mullen spent 27.30 hours representing the Plaintiffs in this matter. The total fees as of January 14, 2016 are $9,720.00. The legal work for these hours is detailed in **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

29956368_1

Case 5:15-cv-00097-BO   Document 63-1   Filed 01/14/16   Page 1 of 3

This the 14th day of January, 2016.

_____
CAMDEN R. WEBB

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew H. Erteschik – aerteschik@poynerspruill.com
Hal F. Askins – haskins@ncdoj.gov
J. Joy Strickland – jstrickland@ncdoj.gov
J. Nicholas Ellis – jnellis@poynerspruill.com

WILLIAMS MULLEN

BY: /s/*Camden R. Webb*
Camden R. Webb
N.C. State Bar No. 22374
crwebb@williamsmullen.com
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone (919) 981-4000
Facsimile (919) 981-4300
*Attorneys for Plaintiff*