# EXHIBIT A

KIRSTEN MESSMER V. DONNIE HARRISON, ET AL.
EDNC CIVIL ACTION NO. 5:15-cv-00097-BO

ITEMIZED SERVICES BILL

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/15 | CRW | Telephone conference with D. Erteschik. | 0.10 | $46.00 |
| 09/03/15 | CRW | Worked on issues raised by D. Erteschik in 8-31 phone conference. | 0.10 | $46.00 |
| 10/13/15 | CRW | Reviewed issues regarding potential intervention by the State of North Carolina, and meeting with D. Erteschik regarding same. | 0.40 | $184.00 |
| 10/15/15 | LMK | Review and docket motion to intervene. | 0.10 | $19.50 |
| 10/16/15 | CRW | Reviewed brief and follow up with Clerk's office. | 0.40 | $184.00 |
| 10/19/15 | CRW | Outlined response to Motion to Intervene and drafted portions of response. | 1.10 | $506.00 |
| 10/20/15 | CRW | Conducted legal research for inclusion in response to Motion to Intervene; discussed response with J. Pope. | 1.60 | $736.00 |
| 10/20/15 | JRP | Edit and revise response in opposition to | 1.60 | $536.00 |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Government's motion to intervene and file opposition to motion for attorneys' fees out of time. | | |
| 10/21/15 | CRW | Revised and finalized response brief. | 0.90 | $414.00 |
| 10/21/15 | CRW | Reviewed filings by Sheriff's defendant and follow up regarding same. | 0.40 | $184.00 |
| 10/21/15 | LMK | Review and file response in opposition to motion to intervene. | 0.30 | $58.50 |
| 10/22/15 | CRW | Reviewed current status of case / amount of fees; emailed C. Whitehead regarding potential resolution of case. | 0.10 | $46.00 |
| 10/27/15 | CRW | Received voicemail and email from C. Whitehead and follow up regarding same. | 0.20 | $92.00 |
| 11/02/15 | CRW | Review issues for potential Reply Brief. | 0.20 | $92.00 |
| 11/03/15 | CRW | Review the State's Reply Brief. | 0.20 | $92.00 |
| 12/02/15 | CRW | Reviewed order dismissing case and allowing intervention. | 0.20 | $92.00 |
| 12/03/15 | LMK | Review and docket Order and Judgment. | 0.50 | $97.50 |
| 12/28/15 | CRW | Reviewed brief in opposition to Motion for Attorney's Fees and noted issues regarding same. | 0.40 | $184.00 |
| 12/28/15 | JRP | Review state's response to motion for attorneys' fees and cases cited by Government relating to section 1988. | 1.00 | $335.00 |
| 12/31/15 | CRW | Discussed Reply Brief with J. Pope. | 0.10 | $46.00 |
| 01/03/16 | CRW | Correspondence with client. | 0.10 | $46.00 |
| 01/04/16 | JRP | Draft reply in support of motion for attorneys' | 0.50 | $167.50 |

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
|      |      | fees. |   |   |
| 01/05/16 | JRP | Draft reply in support of attorneys' fees and incorporate research showing Smyth's holding is questionable in light of Lefemine and decisions from other circuit courts. | 2.70 | $904.50 |
| 01/06/16 | CRW | Attention to extension of time. | 0.10 | $46.00 |
| 01/06/16 | JRP | Complete draft of reply in support of motion for attorneys' fees and section regarding reasonableness of fees and add additional research on prevailing party issue. | 4.10 | $1,373.50 |
| 01/07/16 | CRW | Reviewed Reply Brief and discussed same with J. Pope. | 0.60 | $276.00 |
| 01/07/16 | JRP | Research and analyze case law regarding whether party may recover fees connected with litigation over obtaining fees. | 0.60 | $201.00 |
| 01/07/16 | LMK | Review and prepare and file motion for extension of time. | 0.80 | $156.00 |
| 01/08/16 | CRW | Reviewed case law regarding lodestar calculation and revised Reply Brief. | 1.10 | $506.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/11/16 | CRW | Reviewed and revised supplemental declaration supporting attorney's fees. | 0.30 | $138.00 |
| 01/11/16 | CRW | Drafted portion of brief regarding reasonableness of rates. | 0.30 | $138.00 |
| 01/11/16 | LMK | Prepare second supplemental declaration of C. Webb in support of attorney's fees. | 1.30 | $253.50 |
| 01/12/16 | CRW | Final revision to brief and follow up with J. Pope regarding same. | 0.40 | $184.00 |
| 01/12/16 | CRW | Revised Reply Brief. | 0.40 | $184.00 |
| 01/12/16 | PRJ | Review, revise and cite check reply in support of attorneys' fees. | 0.70 | $234.50 |
| 01/12/16 | LMK | Revise C. Webb declaration and itemized billing exhibit. | 0.40 | $78.00 |
| 01/13/16 | LMK | Revise declaration and itemized billing exhibit. | 1.00 | $195.00 |
| 01/14/16 | CRW | Additional revisions to Reply Brief. | 0.30 | $138.00 |
| 01/14/16 | CRW | Final review / finalization of Reply Brief and declarations, and supervised filing of same. | 0.70 | $322.00 |
| 01/14/16 | LMK | Revise and update C. Webb declaration and itemized billing exhibit; prepare and file reply brief with exhibits. | 1.00 | $195.00 |
| | | **TOTAL FOR SERVICES** | | $9,720.00 |