UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KIRSTEN MESSMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SHERIFF DONNIE HARRISON, *in his Official capacity as Sheriff of Wake County, North Carolina*, GOVERNOR PAT MCCRORY, *in his Official Capacity as Governor of North Carolina*, ATTORNEY GENERAL ROY COOPER, *in his Official Capacity as Attorney General of North Carolina*, FRANK L. PERRY, *in his Official capacity as Secretary of the North Carolina Department of Public Safety*, | ) | 5:15-CV-097-BO |
| Defendants, | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| Intervenor. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for attorney's fees and costs [DE 43] is GRANTED in the amount of $41,211.50 in fees and $538.07 in costs.

**This judgment filed and entered on January 26, 2016, and served on:**
Camden R. Webb (via CM/ECF Notice of Electronic Filing)
Andrew H. Erteschik (via CM/ECF Notice of Electronic Filing)
J. Nicholas Ellis (via CM/ECF Notice of Electronic Filing)
Hal F. Askins (via CM/ECF Notice of Electronic Filing)
Charles G. Whitehead (via CM/ECF Notice of Electronic Filing)

January 26, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk